# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN RICHARD QUEVI, | )<br>) |
| Petitioner, | ) Civil Action No. 11-962<br>) Judge Cathy Bissoon |
| v. | ) Magistrate Judge Cynthia Reed Eddy<br>) |
| RAYMOND LAWLER, *et al.*, | )<br>) |
| Respondents. | ) |

## **MEMORANDUM ORDER**

Kevin Richard Quevi ("Petitioner") is a state prisoner who brings the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case originally was filed in the United States District Court for the Middle District of Pennsylvania, but was transferred to this Court on July 26, 2011. (Docs. 1 and 10). Respondents filed an answer October 11, 2011 (Docs. 19-21).

This matter was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrate Judges. The magistrate judge issued a report and recommendation on July 19, 2012, recommending that this petition be dismissed, and a certificate of appealability be denied. (Doc. 26). Petitioner timely filed objections to the report on August 16, 2012. (Doc. 28).

After *de novo* review of the pleadings and documents in the case, together with the report and recommendation (Doc. 26), and Petitioner's objections thereto (Doc. 28), the following ORDER is entered:

1

AND NOW, this 10th day of September, 2012,

IT IS HEREBY ORDERED that Petitioner's petition for writ of habeas corpus (Doc. 1) is DISMISSED, with prejudice.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (Doc. 26) is adopted as the opinion of this Court.

BY THE COURT:

s/Cathy Bissoon
CATHY BISSOON
UNITED STATES DISTRICT JUDGE

cc:
**KEVIN RICHARD QUEVI**
DZ-5854
SCI - Huntingdon
SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE
1100 Pike Street
Huntingdon, PA 16654-1112